IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT IRVIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UPPER SOUTHAMPTON TOWNSHIP, | : | NO. 16-1860 |
| RONALD MACPHERSON and | : | |
| JOSEPH GOLDEN | : | |

## ORDER

**NOW**, this 13th day of July, 2016, upon consideration of the Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) or, Alternatively, Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(b) (Document No. 4) and the plaintiff's response, and after notice that the motion is treated as a motion for summary judgment, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered against Scott Irvin and in favor of Upper Southampton Township, Ronald MacPherson and Joseph Golden.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.